UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MATTHEW CASCIO<br>       Plaintiff<br><br>v.<br><br>THE ROMAN CATHOLIC<br>ARCHDIOCESE OF BOSTON and<br>BERNARD J. LANE,<br>       Defendants | CASE NO. 1:17-CV-10466-IT |

## **STIPULATION OF DISMISSAL WITHOUT PREJUDICE**

All of the parties who have appeared in this action, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree that all claims and actions in the matter captioned above be and are hereby dismissed in their entirety without prejudice and without costs or fees awarded to any party. These parties further stipulate and agree that all rights of appeal from this dismissal without prejudice are hereby waived.

Respectfully submitted,

| | |
|---|---|
| For the Plaintiff,<br>Matthew Cascio,<br>By his Attorneys, | For the Defendant,<br>The Roman Catholic Archbishop of Boston,<br>A Corporation Sole,<br>By its Attorneys, |
| /s/ Kenneth M. Levine | /s/ Michael J. Kerrigan |
| Kenneth M. Levine, BBO# 296850<br>Kenneth M. Levine & Associates<br>32 Kent Street<br>Brookline, MA  02445<br>617-566-2700<br>klevine@klevinelaw.com | Michael J. Kerrigan, BBO# 658855<br>Sloane & Walsh, LLP<br>Three Center Plaza<br>Boston, MA  02108-2003<br>617-523-6010<br>mkerrigan@sloanewalsh.com |
| May 17, 2017 | May 17, 2017 |

1130840.1

CERTIFICATE OF SERVICE

      I hereby certify that this document was filed through the CM/ECF system electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on May 17, 2017. Parties may access this filing through the Court's CM/ECF system.

      /s/ Kenneth M. Levine